RUFUS-ISAACS ACLAND & GRANTHAM LLP
ALEXANDER RUFUS-ISAACS, State Bar No. 135747
  *aisaacs@rufuslaw.com*
9440 Santa Monica Blvd., Suite 301
Beverly Hills, California  90210
Telephone: (310) 770-1307
Facsimile: (424) 258-7383

Attorneys for Plaintiff FRANCISCO
FERRERAS RODRIGUEZ, an individual

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| FRANCISCO FERRERAS RODRIGUEZ, an individual,<br><br>    Plaintiff,<br><br>    v.<br><br>NETFLIX, INC., a Delaware corporation, NOLITA CINEMA, a French business entity, DAVID M. ROSENTHAL, an individual, and DOES 1-10,<br><br>    Defendants. | CASE No. 2:23-cv-02302 JLS (MRWx)<br><br>**NOTICE OF VOLUNTARY DISMISSAL** |

NOTICE IS HEREBY GIVEN that pursuant to Fed.R.Civ.Pro. 41(a), plaintiff voluntarily dismisses the above-captioned action without prejudice.

DATED: April 20, 2023                RUFUS-ISAACS ACLAND & GRANTHAM LLP

By: _____
Alexander Rufus-Isaacs
Attorneys for Plaintiff FRANCISCO FERRERAS RODRIGUEZ

8677.3.4

NOTICE OF VOLUNTARY DISMISSAL